WILLIAM ZIPPER, EXECUTOR, APPELLANT, v. JOHN Mc-
CUTCHEON, COMPTROLLER, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Max P. Arlt.*

For the respondent, *William A. Stevens,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD,
CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR,
WELLS, KERNEY, JJ.   11.

*For reversal*—None.